**No. 10-10139. Ali Partovi, Petitioner v. Unknown Martinez I.C.E. Officer, et al.**

564 U.S. 1009, 131 S. Ct. 3001, 180 L. Ed. 2d 830, 2011 U.S. LEXIS 4529, █

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10152. Russell Bruce Gillott, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

564 U.S. 1009, 131 S. Ct. 3001, 180 L. Ed. 2d 830, 2011 U.S. LEXIS 4551.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10166. Basil W. Akbar, Petitioner v. Anthony J. Padula, Warden.**

564 U.S. 1009, 131 S. Ct. 3001, 180 L. Ed. 2d 830, 2011 U.S. LEXIS 4400, █

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 733.

**No. 10-10189. Jimmie Wellman, Petitioner v. Colorado.**

564 U.S. 1009, 131 S. Ct. 3001, 180 L. Ed. 2d 830, 2011 U.S. LEXIS 4479.

June 13, 2011. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 10-10192. Jason K., Petitioner v. California.**

564 U.S. 1009, 131 S. Ct. 3002, 180 L. Ed. 2d 830, 2011 U.S. LEXIS 4490.

June 13, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

Same case below, 188 Cal. App. 4th 1545, 116 Cal. Rptr. 3d 443.

**No. 10-10234. Chester Johnson, Petitioner v. Gary Swarthout, Warden.**

564 U.S. 1009, 131 S. Ct. 3002, 180 L. Ed. 2d 830, 2011 U.S. LEXIS 4511.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 405 Fed. Appx. 161.

**No. 10-10237. William McNair, Petitioner v. Brian Coleman, Superintendent, State Correctional Institution at Fayette, et al.**

564 U.S. 1009, 131 S. Ct. 3002, 180 L. Ed. 2d 830, 2011 U.S. LEXIS 4476.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10277. Roberto Cuevas-Hernandez, Petitioner v. Lawrence Garth Wasden, Attorney General of Idaho.**

564 U.S. 1009, 131 S. Ct. 3002, 180 L. Ed. 2d 830, 2011 U.S. LEXIS 4436.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.